# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TYRONE PEELE, | : | No. 26 EM 2018 |
| Petitioner | : | |
| v. | : | |
| MICHAEL D. OVERMYER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Petition for Motion to Vacate Final Judgment are DENIED.